IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARRETT MCMILLIAN ) | |
| ) | |
| Plaintiff, ) | Case No.: |
| v. ) | |
| ) | |
| KAW VALLEY COMPANIES INC. ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF REMOVAL**

Defendant, Kaw Valley Companies, Inc., pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446, hereby removes to the United States District Court for the District of Kansas the above-styled action, which is currently pending in the District Court of Wyandotte County, Kansas under Case No. 2020-CV-000215. In support of this Notice of Removal, Defendant state as follows:

1. Plaintiff initiated the above-captioned action in the District Court of Wyandotte County County Kansas on or about March 18, 2020, by filing a "Civil Suit" bearing the Case No. 2020-CV-000215.

2. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of Plaintiff's Petition together with "all process, pleadings, and orders served upon" Defendant is attached hereto as **Exhibit A**.

3. Plaintiff has asserted one claim in Case No. 2020-CV-000215, under Kansas state law, for wrongful discharge pursuant to K.S.A. 44-1126.

4. Plaintiff asserts in ¶ 1 of the Petition that he is a Missouri resident residing at 5725 N. Lenox Avenue, in Kansas City, Missouri, 64151.

5. Plaintiff asserts (and Defendant Kaw Valley Companies does not dispute) in ¶ 2 that Kaw Valley Companies, Inc., is a Kansas corporation, with its principal place of business at 5600 Kansas Avenue, Kansas City, Kansas, 66106.

6. In Kansas state court, any petition demanding relief for money damages must either (a) state that the amount sought is in excess of $75,000, or (b) if the amount is less than $75,000, state the amount sought as damages. K.S.A. 60-208(a)(2). Plaintiff's Petition in Case No. 2020-CV-000215 does not conform with K.S.A. 60-208(a)(2), in that it does not state whether the amount in controversy exceeds $75,000.00. Regardless, the Tenth Circuit has recognized that a defendant seeking removal may establish that the amount in controversy exceeds $75,000 in a variety of other ways, including by reference to the plaintiff's informal estimates or settlement demands. *See McPhail v. Deere & Co.*, 529 F.3d 947, 954 (10th Cir. 2008). Accordingly, for the sole purpose of establishing that the amount in controversy exceeds $75,000, attached as **Exhibit B** is a true and correct copy of a November 5, 2019 letter from Plaintiff's counsel proposing settlement of the matter at issue for an amount in excess of $75,000

7. Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction where the matter in controversy exceeds $75,000 and is between citizens of a foreign state. As set forth above, both of these requirements are satisfied because Plaintiff is a Missouri resident and Defendant is Kansas resident, and the amount in controversy exceeds $75,000.

8. Removal is appropriate pursuant to 28 U.S.C. § 1441(a) because under 28 U.S.C. § 1332(a), this Court has original jurisdiction.

9. Pursuant to 28 U.S.C. §1391(b), venue lies in this Court because it is the District embracing the place where Plaintiff's Petition is currently pending and the judicial district in which a substantial part of the alleged events or omissions giving rise to the purported claims occurred.

10. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) since Defendant has filed this Notice of Removal within thirty (30) days of service, which occurred on March 25, 2020.

11. Pursuant to 28 U.S.C. § 1446(d), Defendant has contemporaneously given written notice of the

filing of this Notice of Removal to Plaintiff and to the Clerk of the Wyandotte County, Kansas, District Court. Copies of those written notices are attached hereto as **Exhibit C.**

WHEREFORE, Defendant respectfully requests this Honorable Court grant removal and accept jurisdiction over the above-captioned action.

## DESIGNATION OF PLACE OF TRIAL

Defendant hereby designates Kansas City, Kansas as the place of trial.

## DEMAND FOR A JURY TRIAL

Defendant hereby demands a trial by jury on all issues so triable in this matter.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Andrew D. Holder
Andrew D. Holder, #25456
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
T: (913) 339-6757 | F: (913) 339-6187
aholder@fisherpatterson.com
**Attorney for Defendant**

{O0355031}                                3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of April, 2020, the foregoing was filed electronically with the Clerk of the District Court, and a service copy was sent via e-mail to the following:

WHITE, GRAHAM, BUCKLEY, & CARR, L.L.C
Bryan White        KS 23255
Deborah J. Blakely    KS 19010
19049 East Valley View Parkway
Independence, Missouri 64055
(816) 373-9080 Fax: (816) 373-9319
bwhite@wagblaw.com
dblakely@wagblaw.com
**ATTORNEYS FOR PLAINTIFF**

                                              /s/ Andrew D. Holder
                                              Andrew D. Holder, #25456