ELECTRONICALLY FILED
2020 Mar 18 PM 4:31
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000215

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| GARRETT MCMILLIAN<br>5725 N. Lenox Avenue<br>Kansas City MO 64151<br><br>      Plaintiff,<br><br>v.<br><br>KAW VALLEY COMPANIES INC.<br>5600 Kansas Avenue<br>Kansas City, KS 66106<br>**SERVE REGISTERED AGENT:**<br>    Benjamin Kates<br>    5600 Kansas Avenue<br>    Kansas City KS 66106<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PETITION FOR DAMAGES

Comes now Plaintiff, and for his Petition for Damages against Defendant, alleges and states as follows:

## PARTIES

1. Plaintiff is a resident of Missouri at the address set forth above.

2. Defendant Kaw Valley Companies Inc. is a Kansas corporation with its principal place of business in Wyandotte County, Kansas. At all times relevant herein, Defendant employed Plaintiff.

## JURISDICTION AND VENUE

3. Plaintiff files his Petition pursuant to the KSA 44-1126 and KSA 44-1127 on behalf of himself and all those similarly situated.

**EXHIBIT A**

4. Jurisdiction and venue are proper in this Court because the cause of action arises under Kansas law and the events described herein occurred in Wyandotte County, Kansas.

## FACTUAL ALLEGATIONS

5. Plaintiff was employed by Defendant from June 2017 until his termination on September 10, 2019.

6. While employed, Plaintiff served as a heavy equipment operator.

7. Plaintiff's direct supervisor was Brian Murray.

8. Plaintiff is a longtime member of the military, more specifically the Air National Guard.

9. While employed in 2018 and early 2019, Mr. Murray would from time to time ask Plaintiff when his enlistment was going to end.

10. In early 2019, Plaintiff was approaching the deadline by which he needed to re-enlist if he wished to continue his military service.

11. On or around March 5, 2019 Plaintiff spoke with Mr. Murray about Plaintiff's decision regarding re-enlistment in the military. Mr. Murray responded that he didn't know if reenlisting was a good idea. He said that other employees had tried to make that work with the company but it never worked out. Mr. Murray said "it's hard to keep someone employed if they can't be there to do the job."

12. Plaintiff responded by telling Mr. Murray that Defendant had to allow time off for military.

13. Mr. Murray responded by telling Plaintiff, "I'm warning you that if your military schedule starts interfering with your work schedule the company will find a way

to get rid of you." Mr. Murray further expressed frustration with Plaintiff's enlistment and warned Plaintiff that he could have problems if his military schedule continued to interfere with his employment.

14. Plaintiff's military service required him to attend mandatory military drills in April 2019. Plaintiff was required to be away from work to attend those drills. Plaintiff gave Defendant appropriate advance notice of the drills.

15. When Plaintiff returned from military drill he was written up by Defendant.

16. In July 2019 Plaintiff provided Defendant with his upcoming military drill schedule for September 2019.

17. When early September 2019 arrived, however, Defendant scheduled Plaintiff for every day during the time period that Plaintiff was to be at military drill.

18. Plaintiff reminded Defendant that he was scheduled for military drill Thursday through Sunday, September 5-8, 2019. Mr. Murray again expressed frustration and told Plaintiff it was killing him trying to figure out how he was going to cover Plaintiff in the first place.

19. Defendant, through Mr. Murray, again referred to Plaintiff's military service getting in the way of his work schedule and told Plaintiff, "I knew this was going to be rough when you decided to do this again. I knew there were going to be times when this was a pain in the ass."

20. Defendant then scheduled Plaintiff to work until 1:00 a.m. on Thursday, September 5, 2019, allowing him less than three hours to sleep prior to his scheduled military drill.

3

21. Plaintiff told Defendant he would work at late as he could, but that he must leave by 11:00 p.m. on Wednesday, September 4, 2019, at the latest. Plaintiff worked until that time and then went home to rest for his drills that were scheduled to start the morning of September 5, 2019.

22. Defendant fired Plaintiff on September 10, 2019, after returning from military leave.

## **WRONGFUL DISCHARGE – KSA 44-1126**

23. Plaintiff incorporates the foregoing allegations as though set forth fully herein.

24. Defendant's conduct toward Plaintiff, including threats, discipline, discrimination, and termination of employment were because of Plaintiff's military membership and service.

25. Defendant's actions in discriminating against Plaintiff in employment and terminating Plaintiff's employment violate KSA 44-1126 which prohibits discrimination in employment and termination of employment against members of the military because of their membership in the military or service in the military.

26. KSA 44-1127 provides a private cause of action for individuals aggrieved by KSA 44-1126.

27. As a result of Defendant's discrimination against Plaintiff and termination of Plaintiff's employment, Plaintiff has been damaged in the following respects including, but not limited to, loss of income, loss of benefits, emotional distress, damage to reputation and work record, court costs and attorney's fees.

WHEREFORE, Plaintiff requests that the Court grant him judgment against Defendant for an amount that is fair and reasonable, for his costs, and for such other and further relief as the Court seems just and proper.

        WHITE, GRAHAM, BUCKLEY, & CARR, L.L.C

BY:   /s/ Bryan White
      Bryan White         KS 23255
      Deborah J. Blakely    KS 19010
      19049 East Valley View Parkway
      Independence, Missouri 64055
      (816) 373-9080 Fax: (816) 373-9319
      ggraham@wagblaw.com
      dblakely@wagblaw.com

ATTORNEYS FOR PLAINTIFF

5

ELECTRONICALLY FILED
2020 Mar 18 PM 4:31
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000215

Scott McMillian

vs.

Kaw Valley Companies, Inc.

## SUMMONS

## Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

**Kaw Valley Companies, Inc.**
**5600 Kansas Avenue**
**Kansas City, KS  66106**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Bryan T. White
19049 East Valley View Parkway
Suite C
Independence, MO 64055

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 03/18/2020 04:42:52 PM

**Documents to be served with the Summons:**
PLE: Petition Petition for Damages, DIS: Discovery (Generic) Certificate of Service, NOT: Notice - Sheriff Service Required Request for Service

ELECTRONICALLY FILED
2020 Mar 18 PM 4:31
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000215

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| GARRETT MCMILLIAN<br>5725 N. Lenox Avenue<br>Kansas City MO 64151<br><br>      Plaintiff,<br><br>v.<br><br>KAW VALLEY COMPANIES INC.<br>5600 Kansas Avenue<br>Kansas City, KS 66106<br>**SERVE REGISTERED AGENT:**<br>   Benjamin Kates<br>   5600 Kansas Avenue<br>   Kansas City KS 66106<br><br>      Defendant. | )<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR SERVICE**

The Clerk of the Court will issue a summons and petition for Kaw Valley Companies, Inc. to be served on their registered agent: Benjamin Kates, 5600 Kansas Avenue, Kansas City, KS 66106. Plaintiff requests service of process as follows:

__X___   a.  Personal Service through the office of the Sheriff other than by return receipt delivery.

_____   b.  Service by Process Server authorized or appointed by the provisions of K.S.A. 60-303.

_____   c.  Service by return receipt delivery by the undersigned party or party's attorney.

_____   d.  Service by return receipt delivery by the Sheriff.

_____   e.  Other instructions: _____.


                                  WHITE, GRAHAM, BUCKLEY, & CARR, L.L.C

                                  BY:___/s/ Bryan White_____
                                    Bryan White         KS 23255
                                    Deborah J. Blakely   KS 19010
                                    19049 East Valley View Parkway
                                    Independence, Missouri 64055
                                    (816) 373-9080 Fax: (816) 373-9319

ggraham@wagblaw.com
dblakely@wagblaw.com

ATTORNEYS FOR PLAINTIFF

Case 2:20-cv-02198-JWB-JPO   Document 1-1   Filed 04/15/20   Page 8 of 14

ggraham@wagblaw.com
dblakely@wagblaw.com

ATTORNEYS FOR PLAINTIFF

ELECTRONICALLY FILED
2020 Mar 18 PM 4:31
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000215

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| GARRETT MCMILLIAN<br>5725 N. Lenox Avenue<br>Kansas City MO 64151<br><br>    Plaintiff,<br><br>v.<br><br>KAW VALLEY COMPANIES INC.<br>5600 Kansas Avenue<br>Kansas City, KS 66106<br>**SERVE REGISTERED AGENT:**<br>    Benjamin Kates<br>    5600 Kansas Avenue<br>    Kansas City KS 66106<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that the following documents were filed contemporaneously herein this 16th day of March, 2020 with Plaintiff's Petition for Damages and are to be served in the summons packet by the Sheriff of Wyandotte County, Kansas:

- Plaintiff's First Interrogatories to Defendant in both word and electronic format (via CD)
- Plaintiff's First Request for Production of Documents to Defendant in both word and electronic format (via CD)
- Plaintiff's First Request for Admissions to Defendant in both word and electronic format

Respectfully submitted,

WHITE, GRAHAM, BUCKLEY, & CARR, L.L.C

BY:   /s/ Bryan White
     Bryan White     KS 23255

        Deborah J. Blakely    KS 19010
        19049 East Valley View Parkway
        Independence, Missouri 64055
        (816) 373-9080 Fax: (816) 373-9319
        bwhite@wagblaw.com
        dblakely@wagblaw.com

**ATTORNEYS FOR PLAINTIFF**

ELECTRONICALLY FILED
2020 Mar 31 PM 2:11
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000215

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| GARRETT MCMILLIAN ) | |
| ) | |
| Plaintiff, ) | Case No. 2020-CV-000215 |
| v. ) | |
| ) | |
| KAW VALLEY COMPANIES INC. ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Andrew D. Holder of Fisher, Patterson, Sayler & Smith, LLP, hereby enters his appearance as counsel on behalf of Defendant, Kaw Valley Companies, Inc., in the above-captioned matter. All future correspondence and pleadings should be directed to his attention at the address below.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Andrew D. Holder
Andrew D. Holder, #25456
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
T: (913) 339-6757 | F: (913) 339-6187
aholder@fisherpatterson.com
**Attorney for Defendant**

{O0354907}

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2020, the foregoing was filed electronically with the Clerk of the District Court, and a service copy was sent via e-mail to the following:

WHITE, GRAHAM, BUCKLEY, & CARR, L.L.C
Bryan White           KS 23255
Deborah J. Blakely    KS 19010
19049 East Valley View Parkway
Independence, Missouri 64055
(816) 373-9080 Fax: (816) 373-9319
bwhite@wagblaw.com
dblakely@wagblaw.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Andrew D. Holder
Andrew D. Holder, #25456

{O0354907}                                       2

2020 APR -9 AM 10: 05

SHERIFFS RETURN

**THE STATE OF KANSAS**    **COUNTY OF WYANDOTTE**

CASE NO: 2020-CV-000215 DEFENDANT: KAW VALLEY COMPANIES INC

I received this summons for service on the 25 day of MAR, 2020 @ 0800 Hr's AM

I hereby certify the below service on this summons:

- ○ **PERSONAL SERVICE**: By delivering a copy of said summons and a copy of the Petition to the defendant _____ at _____

- ○ **RESIDENCE SERVICE**: By leaving a copy of said summons and a copy of the Petition at the usual place of residence of the defendant with_____, a person of suitable age and discretion residing therein, at, _____ for, _____

- ✗ **AGENT SERVICE**: By delivering a copy of said summons and a copy of the petition to the Agent named, Rochelle Sabacky, authorized by appointment or by law to receive service of process at 5600 Kansas Ave for KAW VALLEY COMPANIES INC

- ○ **RESIDENCE SERVICE and MAILING**: By leaving a copy of said service and copy of said petition at the usual place of residence of the defendant and mailing by first class mail a notice that such copies have been left at:_____ for : _____

- ○ **EVICTION**:
  Completed_____ Cancelled_____

- ○ **NO SERVICE**: The defendant was not found in this county after diligent search and inquiry.

- ○ **COMMENT**:_____
  _____
  _____

**MOVED**:
Per:_____

- ○ **NO PROPERTY FOUND IN THIS COUNTY**.
- ○ On The 25 day of MARCH 2020, @ 11:57 hrs

By **R VOORHEES** RV_____ # **1220** Deputy Sheriff

ELECTRONICALLY FILED
2020 Mar 18 PM 4:31
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000215

Garrett McMillian

vs.

Kaw Valley Companies, Inc.

## SUMMONS

## Chapter 60 - Service by the Sheriff

To the above-named Defendant/Respondent:

> Kaw Valley Companies, Inc.
> 5600 Kansas Avenue
> Kansas City, KS  66106

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Bryan T. White
> 19049 East Valley View Parkway
> Suite C
> Independence, MO 64055

within 21 days after service of summons on you.

 Kristi P. Hill

Clerk of the District Court
Electronically signed on 03/18/2020 04:42:52 PM

**Documents to be served with the Summons:**
PLE: Petition Petition for Damages, DIS: Discovery (Generic) Certificate of Service, NOT: Notice - Sheriff Service Required Request for Service

2020 MAR 23 AM 11:55
WYANDOTTE COUNTY
SHERIFF'S OFFICE
RECEIVED